# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

Case No.: 3:23-cv-01067-MMH-MCR

ROBERT LEONARD TALALAI,
An Individual,

    Plaintiff,

v.

HODGES MOTOR COMPANY OF ST. AUGUSTINE, LLC.,
d/b/a HODGES MAZDA AT THE AVENUES,
A Florida Limited Liability Company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, by and through respective counsel, and hereby file this Joint Notice of Voluntary Dismissal with Prejudice as to Defendant HODGES MOTOR COMPANY OF ST. AUGUSTINE, LLC., d/b/a HODGES MAZDA AT THE AVENUES. Each party to bear their own attorney's fees and costs.

                                              Dated: October 12, 2023

Respectfully submitted:

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email:  Josh@JFeyginesq.com
JOSHUA FEYGIN, PLLC
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
   *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on October 12, 2023, via the Clerck of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

*/s/ Joshua Feygin*
**Joshua Feygin**
Florida Bar No. 124685

## SERVICE LIST

All counsel of record.